Thank you. Good afternoon. I'd like to say hello to all of you. I'm so happy to have you here. I'm so pleased. I want to thank all of you for accommodating my schedule. It's very much appreciated. I'm hoping to say something. This one's a bit long, so I'm going to do it in short. What we're doing is, of course, a decision. That's what we have to do. Of course, there's some prejudgment, but we believe this court is located in a court with our perspective. We believe all the practices presented are the principles that need to be assumed to be inspired in court, and more importantly, all these other practices. We also understand you decided, and let me just say, we're keen to help you out, which is a very serious crime. Can you really show your intentions of putting yourself in this position? Can you explain to me the basis for assuming some version of your view, some considerations? I think that, yes, this case is very complex. One of the things that came out of this motion, I didn't want to do any action, but they seemed to. It's really the intent, and it sort of needs to speak to this indication. What was the judge's, what do you understand the judge's basis for stating the video? Was it some other serious video, or the original one you're saying? If it's someone in your life, your own perspective, the FDF's video will be received in some way from the defendant. Yeah. There may be an issue, however, if you don't feel secure that the intent is one of those sorts. The intent is, quite frankly, I don't think I don't see any significant numbers that might have been set up. Well, but there is an argument, and there is an argument that you never, you never say evidence that I'm not investigating how it was produced. But the focus of the evidence is the most important thing. And if it's, and I agree with, you know, as you're calling the same question, your focus is the same question. The judge's laws all seem to stem from, I have a video, which I've never seen, so this is one of those, and therefore, here's what it was, and so I'm doing the same thing with my other video or something, and I'm just trying to understand, tell you why I'm using video questions, tell you why I'm using video, and try to answer your questions. Well, because, first of all, it was, there was no adjustment to it. The evidence came, at any time, set off, was supplied to us by the people in advance, for the purposes of discomfiting us and completely defeating us. Third of all, as I think you've already pointed out, the evidence was recorded, so the evidence, was, I think, a very important piece of evidence, because it was used specifically in Congress against legal officers who were using the evidence. So these, if I may, are my next questions, so thank you. But additionally, this is just a black market, and it doesn't clearly contribute to what we saw at the end of the trade, at the time, Mr. Ely, which I think, in my education, was very helpful at the time, when it came out. In addition, as you created the title, which was actually a review on the issue of familiarities, because we believe that, like all evidence, the courts, which we call reasonable evidence, is not reasonable. We believe the evidence, all other evidence, of the victim establishes that both selves occurred after the crimes of the crime. This is important for several reasons. One reason, here, in the video that you can see, is that the shooting officers are not holding themselves to the evidence of the crime. We've had a benefit, of course, of stopping it. As you can see, there's a tape sequence on the tape, and, for example, there's a 6 hours  and 43 seconds of the 6-16-43 video, of course, that I just reviewed on the tape. Of the 6-16-43 video, there's a 1-59 use for fine for top strikes. At 6-17-23 seconds, the person will find the culprit. At 6-17-30 to 31 seconds, Officer Solt throws the hands of Tom at Mr. Tom, and he lets him grab him. At 6-17-36 to 37 seconds, you see the top strike by Officer Solt finding the victim. Here's where he gets more confused. At 6-17-37 seconds, he's saying that you see the top strike behind the vehicle. Yes,  yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes,     yes, yes, yes, yes, yes. Now, I'm going to show you a few different caracoles that you will see the raising of the hand at the top of the vehicle of Officer Solt coming down the floor so that you can see that if you carefully look at it, it's 617. There's just 36 degrees for this. Now, this is really important because it's 1740 and 41. You see Mr. Mayer going down. You will see that the shooting officer has taken steps and I believe this is very important. It's 1742 sentence that the shooting officer takes out of the caracol. You can see the
judges: W. Fletcher, Rawlinson, Hurwitz